**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| TINA  COTTRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:13-cv-01175-TWP-DML |
| | ) | |
| CLINTON COUNTY, IN, | ) | |
| SKIP  EVANS in his personal and official | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | | |

## FINAL JUDGMENT

Having this day granted summary judgment in favor of Defendants, Clinton County,

Indiana, and Skip Evans, the Court hereby enters JUDGMENT in favor of Defendants and against

the Plaintiff.  Plaintiff shall take nothing by way of her complaint.

SO ORDERED.


Dated: 9/22/2014

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Liberty L. Roberts
CHURCH CHURCH HITTLE & ANTRIM (Fishers)
lroberts@cchalaw.com

John H. Haskin
JOHN H. HASKIN & ASSOCIATES
jhaskin@jhaskinlaw.com

Ryan Patrick Sink
JOHN H. HASKIN & ASSOCIATES
rsink@jhaskinlaw.com

Thomas Frank Little
POWER LITTLE LITTLE
powerlittl@accs.net